**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-1279

---

KIRIL GEORGIEV VUKOV,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals.  (A79-243-363)

---

Submitted:  November 16, 2005          Decided:  December 9, 2005

---

Before WILKINSON, LUTTIG, and SHEDD, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Nicolette Glazer, LAW OFFICES OF LARRY R. GLAZER, Century City, California, for Petitioner.  Peter D. Keisler, Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, M. Jocelyn Lopez Wright, Assistant Director, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kiril Georgiev Vukov, a native and citizen of Bulgaria, petitions for review of an order of the Board of Immigration Appeals (Board) denying a motion to reopen. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. See INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re Vukov, A79-243-363 (B.I.A. Feb. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED